IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MULTI DENOMINATIONAL MINISTRY OF CANNABIS AND RASTAFARI, INC, et al,

        Plaintiffs,

        v

ALBERTO GONZALES, et al,

        Defendants.
                                      /

No C-06-4264 VRW

ORDER

        Plaintiffs seek declaratory and injunctive relief to prevent defendants from interfering with the exercise of their religion, which involves the use of marijuana. Doc #1. On February 2, 2007, the court granted defendants' motions to dismiss under FRCP 12(b)(6) and granted plaintiffs leave to file an amended complaint alleging a claim under the RFRA against federal defendants by March 20, 2007. Doc #64 at 22.

//

//

In their first amended complaint (FAC), Doc #66, plaintiffs disregarded the court's instructions and reasserted all claims against all defendants. Apparently, plaintiffs were under the impression that a failure to assert all dismissed claims would bar appeal. Doc #81 at 2. Additionally, due to "time constraints," only one plaintiff (Womachka) was able to review and sign the FAC. Doc #85, ¶ 1. Finally, shortly after filing the FAC, plaintiffs' "legal committee chairman" Reverend Tom Brown resigned from the Multi Denominational Ministry of Cannabis and Rastafari and requested that the court "excuse" him from the suit. Doc #82.

In light of these events, plaintiffs have requested leave to amend their complaint. Doc #85. Federal defendants do not oppose plaintiffs' request so long as the second amended complaint only includes a RFRA claim against federal defendants in their official capacity. Doc #86.

In view of the unfocused character of the first two complaints, the court has serious reservations about granting plaintiffs yet another opportunity to amend the complaint. But with hope overcoming experience, the court GRANTS plaintiffs' request for leave to amend the FAC and VACATES the hearing scheduled for May 10, 2007, at 2:00 pm. Plaintiffs are granted leave to amend their FAC to assert their RFRA claim against federal defendants in their official capacity <u>only</u>. Plaintiffs <u>may not</u> include other claims; nor may plaintiffs assert claims against state and local defendants.

//

//

**Finally, plaintiffs are admonished to heed the court's instructions to narrow the scope of relief sought. In this regard, a compendium of evidence is less helpful than clear and concise allegations of facts that constitute elements of the claim in question. Economical pleading is more likely to establish a prima facie claim under the RFRA than many and verbose allegations. The relevant legal standards are set forth in the court's February 2, 2007, order. Plaintiffs shall file their second amended complaint on or before May 18, 2007.**

**IT IS SO ORDERED.**

**VAUGHN R WALKER**

**United States District Chief Judge**