IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MULTI DENOMINATIONAL MINISTRY OF CANNABIS AND RASTAFARI, INC, et al,

        Plaintiffs,

        v

ALBERTO GONZALES, et al,

        Defendants.

No C-06-4264 VRW

ORDER TO SHOW CAUSE

        Defendants Alberto Gonzales, Drug Enforcement Agency, Karen Tandy, and McGregor Scott ("federal defendants") filed a motion to dismiss on May 29, 2007. Doc #95. The court set the motion hearing for August 16, 2007. Doc #99. Plaintiffs have failed to file an opposition to the motion to dismiss. The federal defendants have put plaintiffs on notice that failure to respond to the motion may result in the remaining claim being dismissed. Doc ##101, 102.

Accordingly, the August 16, 2007 hearing on the federal defendants' motion is VACATED and plaintiffs are ORDERED TO SHOW CAUSE in writing by August 16, 2007, why the federal defendants' motion should not be treated as unopposed.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge